IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN WERTHER, M.D. | : | CIVIL ACTION |
| v. | : | |
| CRAIG ROSEN, et al. | : | NO. 02-3589 |

**N O T I C E**

June 27, 2002

      A status conference on plaintiff's motion for preliminary and permanent injunction and to appoint a receiver (filed in CP court) will be held on Wednesday, July 10, 2002 at 2:30 p.m. at in chambers, Room 12614.

      Counsel are directed to complete the attached C A S E Management form.

cc: June 27, 2002 (KC)

Jeffrey B. McCarron, Esq. (mail)
Robert W. Small, Esq. (mail)

BY:_____
     Deputy Clerk
     Kathryne M. Crispell