```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| NORMAN WERTHER, M.D. | : | CIVIL ACTION |
| v. | : | |
| CRAIG ROSEN, et al. | : | NO. 02-3589 |

**A M E N D E D   N O T I C E**
(new date)

July 9, 2002

A status conference on plaintiff's motion for preliminary and permanent injunction and to appoint a receiver (filed in CP court) will be held on Wednesday, July 17, 2002 (changed from July 10, 2002) at 2:30 p.m. in chambers, Room 12614.

Counsel are directed to complete the C A S E Management form which was previously sent.

cc:  July 9, 2002 (KC) via FAX:

Robert W. Small, Esq.
Jeffrey B. McCarron, Esq.
Mark Gottlieb, Esq.
Jay E. Kagan, Esq.

BY:_____
       Deputy Clerk
       Kathryne M. Crispell