IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN WERTHER, M.D. | : | CIVIL ACTION |
| v. | : | |
| CRAIG ROSEN, et al. | : | NO. 02-3589 |

**N O T I C E**

AND NOW, this 18th day of July, 2002, a further Rule 16 conference will be held on Tuesday, October 1, 2002 at 4:30 p.m. in chambers, Room 12614.

cc: 7/18/02 (KC) via FAX:

Robert W. Small, Esq.
Jeffrey B. McCarron, Esq.
Mark Gottlieb, Esq.
Jay E. Kagan, Esq.

ATTEST:                              or      BY THE COURT

BY:_____           _____
     Deputy Clerk                                    Judge
     Kathryne M. Crispell

Civ 12 (9/83)