IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN WERTHER, M.D. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CRAIG ROSEN, et al. | : | NO. 02-3589 |

## **A M E N D E D   N O T I C E**

AND NOW, this 26th day of September, 2002, the Rule 16 conference on Tuesday, October 1, 2002 will be held at 2:30 p.m. (Changed from 4:30 p.m.) in chambers, Room 12614.

cc: 9/26/02 (KC) via FAX:

Robert W. Small, Esq.
Jeffrey B. McCarron, Esq.
Mark Gottlieb, Esq.
Jay E. Kagan, Esq.

ATTEST:                              or      BY THE COURT

BY:_____           _____
       Deputy Clerk                              Judge
       Kathryne M. Crispell

Civ 12 (9/83)