IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN WERTHER, M.D. | : | CIVIL ACTION |
| v. | : | |
| CRAIG ROSEN, et al. | : | NO. 02-3589 |

### A M E N D E D   N O T I C E

AND NOW, this 1st day of October, 2002, the Rule 16 conference previously scheduled for October 1, 2002 is rescheduled for Tuesday, October 29, 2002 at 3:00 p.m. in chambers, Room 12614.

cc: 10/1/02 (KC) via FAX:

Robert W. Small, Esq.
Jeffrey B. McCarron, Esq.
Mark Gottlieb, Esq.
Jay E. Kagan, Esq.

ATTEST:                           or     BY THE COURT

BY:_____              _____
      Deputy Clerk                                    Judge
      Kathryne M. Crispell

Civ 12 (9/83)