IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN WERTHER, M.D. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CRAIG ROSEN, et al. | : | NO. 02-3589 |

### N O T I C E

AND NOW, this 28th day of October, 2002, the Rule 16 conference scheduled for October 29, 2002 is cancelled.

An order ruling on motions to dismiss will be entered this week.

cc: 10/28/02 (KC) via FAX:

Robert W. Small, Esq.
Jeffrey B. McCarron, Esq.
Mark Gottlieb, Esq.
Jay E. Kagan, Esq.


ATTEST:                              or     BY THE COURT

BY:_____           _____
       Deputy Clerk                                Judge
       Kathryne M. Crispell

Civ 12 (9/83)